NOT FOR PUBLICATION                                    FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CARTIER INTERNATIONAL AG,
CARTIER, et al.,

        Plaintiffs,                  Civil Action No.: 10-1459 (JLL)

v.                                                       **ORDER**

DANIEL MARKUS, INC. et al.,

        Defendants.

**LINARES, District Judge.**

    This matter comes before the Court on the March 31, 2010 Order to Show Cause [CM/ECF #6] filed by Plaintiffs Cartier International AG, Cartier, Richemont North America, Inc., and Van Cleef & Arpels, S.A. (collectively "Defendants"). This Court finding that Defendants have consented to an extension of the temporary restraints at a hearing before this Court on April 12, 2010,

    **IT IS** this ___16___ day of April, 2010,

    **ORDERED** that the hearing scheduled for Monday, April 19, 2010 is hereby adjourned; and it is further

    **ORDERED** that a hearing shall be held on the March 31, 2010 Order to Show Cause [CM/ECF #6] on Thursday, April 22, 2010, at 11:00 A.M.; and it is further

    **ORDERED** that the temporary restraints still in place against Defendants pursuant to this Court's March 31, 2010 shall continue in force until the hearing to be held on April 22.

                                                                               Jose L. Linares
                                                                               United States District Judge